AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

Lucas Alexander Temple
DOB: 10/10/2005

*Defendant*

Case No. 8:25-mj-3527 AAS

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Lucas Alexander Temple
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 842(p)(2)(A) (distribution of information pertaining to manufacture of explosives)

Date: November 19, 2025

*Issuing officer's signature*

City and state:     Tampa, Florida

HON. Amanda A. Sansone, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/20/2025, and the person was arrested on *(date)* 11/20/2025 at *(city and state)* Sarasota, FL. |
| Date: 11/20/2025      *Arresting officer's signature* |
| Justin Tennyson, Special Agent, FBI |
| *Printed name and title* |