AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America )
v. )
Lucas Alexander Temple ) Case No. 8:25-mj-3527AAS
DOB: 10/10/2005 )
)
)
)
Defendant(s)

## SUPERSEDING CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 20, 2025__ in the county of __Sarasota__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. 5861(d) [handwritten: 5861(d)] | Possession of unregistered firearm |

[handwritten: R.A. S.T.]

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

_/s/ Stephen Taylor_
Complainant's signature

Stephen Taylor, FBI Special Agent
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: November 20, 2025

_/s/ Amanda Sansone_
Judge's signature

City and state: Tampa, Florida    Hon. Amanda A. Sansone, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF SUPERSEDING CRIMINAL COMPLAINT

I, Stephen Taylor, being first duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been since March 10, 2024. In July 2024, I was assigned to Criminal Enterprises out of the Tampa Field Office, Orlando Resident Agency, and I am currently assigned to Domestic Terrorism. Among my responsibilities as an FBI SA, I have investigated a variety of criminal organizations involving narcotics trafficking, money laundering, and weapons trafficking. I am also familiar with cases involving threats against government officials, interstate threatening communications towards United States citizens, and assaults against a Federal Officer.

2. I have been trained in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. I have also received training on criminal violations at various conferences and venues.

3. I submit this affidavit in support of a criminal complaint charging LUCAS ALEXANDER TEMPLE ("**TEMPLE**"), a U.S. citizen, with possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d). R.A.S.T.

4. This affidavit is not intended to be a complete and detailed description of all the facts and evidence discovered during this investigation. I have set forth only the

information I believe necessary to establish probable cause that a violation of federal law has been committed.

## PROBABLE CAUSE

5. On or about March 25, 2025, the FBI became aware of Signal group chat "Todestampf Division" and observed the following post made by Signal user "Micah Fischer":



6. As depicted in the close-up view below, the post contained a diagram for a "detonator":



7. Between April 1 and May 1, 2025, the FBI became aware of user "Devilwaffen999" in a Signal group chat "Neue Ordnung" who advocated, among other things, for rape and use of explosives. Based on my training and experience, I know that "Neue Ordnung" means "New Order" in German and refers a neo-Nazi movement in Germany that has been investigated for terrorism.

8. On or about April 13, 2025, Signal user and administrator of Nue Ordnung "Adolf Hitler 44" made "Devilwaffen999" an administrator of Neue Ordnung.

3

The FBI determined the following display names during the relevant time period: "Devilwaffen," "Devilwaffen$^{999}$," and "Micah Fischer."

9. On or about April 2, 2025, an unidentified Signal user posted, "Does Anyone wana plan how to build a Pipe bomb?" to which Devilwaffen$^{999}$ responded, "Yesss! Plz send." The same day, Devilwaffen$^{999}$ and AdolfHitler ᛋᛋ exchanged the following messages depicted in the screenshot below:



10. On or about April 17, Devilwaffen$^{999}$ posted a link to a YouTube video titled, "TNT [trinitrotoluene]." The video discusses the history and uses of TNT as well as properties and basic synthesis.

4

11. As part of this investigation, members of FBI's Explosives Unit reviewed the YouTube video and assessed that the video provides sufficient information for synthesis of TNT, as well as the steps for purification and recrystallization.

12. On or about April 17, Devilwaffen$^{999}$ posted a link to a YouTube video titled "Dug's Delectable Detonator Secrets." The video discusses various topics related to the construction of a blasting cap and depicts the successful detonation of blasting caps. Based on my training and experience, I know that a blasting cap is a type of small detonator intended to set off a larger explosive charge.

13. As part of this investigation, members of FBI's Explosives Unit reviewed the YouTube video and assessed that the video provides sufficient information for improvised blasting caps.

14. On or about April 18, Devilwaffen$_9{}^9{}_9$ shared a PDF titled "HatersHandbook3rdEdition." Selected screenshots of pages from the 122-page handbook are depicted below:

5

 

# INTRODUCTION

I'm Commander Butcher National-Socialist since birth and curator of M.K.У/MMC also known as Maniacs Murder Cult. Since 2nd Edition a lot of things have changed, I can proudly say I've murdered for white race and willing to bring more of chaos in this rotten world. This book is for readers who are cruel warriors or are willing to become one and are ready to step on massive actions. I'm not going to start talking on Christianity much in this part, I guess everyone knows or at least understands my position on it. Sadly, they block this book on every possible open sources because of speaking truth. There's no much people who knows about us in western part of planet, because of censorship, media is afraid of us inspiring young generation to murder over United States because there are a lot of resources which can be used for mass destruction, but regarding that we will spread our word for English readers. Self-Called National-Socialists in United States mostly full of larping pussies while they have everything for massive acts, but its else they are afraid to carry out ,,crime" and they still call themselves NS, after saying they can't do illegal stuff. You have no rights or reasons to apologize for not doing anything, your death will bring zero meaning and you will die like a regular person. Last year I tried to live a bit better life, but it's not meant for me, I'm born with destiny of murder and nothing will prevent it. Our main goal is to spread flames of Lucifer and continue his mission of ethnic cleansing, great drive of purification.

# HATERS HANDBOOK CHAPTERS

1. INTRODUCTION
2. TOTAL MISANTHROPY
3. WHITE DEVILS
4. PURPOSE OF UNITY
5. PREPARING FOR WORST
6. BLACK SUN, HOLLOW EARTH, VRIL & LUCIFER
7. NSO9A Articles
8. WEAPONS OF ANARCHY
9. MECHANISM M.K.У. ver.0.0.3.
10. WHITE RACE ONE RACE
11. IN THE END



15. Additionally, the FBI identified communications by Devilwaffen$_9^9$ regarding acts of violence towards others, including those set forth in the screenshots below:





16. On or about June 1, 2025, an unidentified Signal user posted, "Ig that's one way to say it. More like just frat guys and annoying chicks everywhere" to which Devilwaffen999 responded "Gross" and "Must exterminate".

17. On or about June 2, 2025, an unidentified Signal user posted "While I'm here in my personal hell lol" to which Devilwaffen₉⁹₉ responded "Gotta kill something/someone 😊 " and "Need to release your stress."

18. The FBI identified Signal user [?]Megiddo[?], formerly known as Devilwaffen⁹⁹⁹ as **TEMPLE**. In online communications, Devilwaffen⁹⁹⁹ provided the following information about themself, among other things [subject used [?]Megiddo[?] and Devilwaffen⁹⁹⁹ interchangeably when providing the below information]:

   a. Celebrated 20th birthday in October 2025;
   b. Resides in South Florida;
   c. Employment at grocery store;
   d. Visited a museum with family on June 9, 2025.

19. According to Florida DAVID records, **TEMPLE** was born in October 2005. Photographs from **TEMPLE's** driver license is depicted below:

  

11

20. Additionally, Florida wage and earnings records showed that **TEMPLE** worked at a grocery store in the third quarter of 2025 (July, August, and September).

21. The FBI obtained security footage from June 9, 2025, from the John and Mable Ringling Museum of Art in Sarasota, Florida, in which an individual bearing physical similarity to **TEMPLE** was observed, as depicted below:



22. In February 2025, **TEMPLE** was issued a replacement Florida driver's license listing a residential address in Sarasota, Florida (the "**PREMISES**"). Additionally, DAVID records list a green Saturn vehicle bearing Florida tag number DR75DM as registered to **TEMPLE**.

23. On or about November 19, 2025, federal agents observed **TEMPLE** exiting and reentering the **PREMISES**. Agents also observed the green Saturn vehicle that is registered to **TEMPLE** parked outside the **PREMISES**.

24. On November 19, 2025, U.S. Magistrate Judge Amanda A. Sansone signed a warrant for **TEMPLE's** arrest based on a criminal complaint charging him with violating 18 U.S.C. § 842(p)(2)(A) (distribution of information pertaining to

manufacture of explosives). The next morning, federal agents executed the arrest warrant at the **PREMISES**. **TEMPLE**'s parents gave agents consent to search the **PREMISES**. **TEMPLE** denied consent to search his room.

25. On November 20, 2025, U.S. Magistrate Judge Amanda A. Sansone authorized a warrant to search the **PREMISES** for evidence of violations of 18 U.S.C. § 842(p)(2)(A).

26. On or about November 20, 2025, federal agents executed the search warrant at the **PREMISES.** During the search warrant execution and within plain view the following items were identified, photographs of which are included below:

   a. A red book bearing a swastika;

   b. The Journals of Dylan Klebold and Eric Harris;

   c. The Anarchist Cookbook;

   d. A stun stick;

   e. A large flag bearing the Atomwaffen Division symbol;

   f. A white sign bearing the words "ᛋᛋ Kommandant ᛋᛋ";

   g. A notecard containing the writing "Plans: Wear body cams for livestream. Write man-festo. Notify friends of livestream. Put flags on car. Play music on speakers during operation. Place motion-activated bombs in doorways (for cops)"

13





27. The Atomwaffen Division (AWD) is known to law enforcement to be a US-based racially or ethnically motivated violent extremist (REMVE) group. The group's targets have included racial minorities, the Jewish community, the LGBTQ community, the United States Government, journalists, and critical infrastructure. AWD's ideology largely focused on accelerationism, meaning the goal was to push society into armed conflict in an effort to create a radical social transformation. After several arrests of AWD members, the AWD has renamed itself the National Socialist Order (NSO).

28. Based upon my training and experience, **TEMPLE**'s Devilwaffen999 username, posted literature, and the literature found at the **PREMISES** represent TEMPLE's REMVE ideology.

15

29. Additionally, agents at the **PREMISES** located a Springfield Model 67 Series E shotgun (S/N: C542629) having a barrel of fewer than 18 inches in length, as depicted below:



16



30. Additionally, agents at the **PREMISES** located what appears to be the remainder of the barrel that was sawed off, as depicted in the first photograph above.

31. According to the National Firearms Registration and Transfer Record, on or before November 20, 2025, **TEMPLE** was not a registered owner of the sawed-off shotgun described above.

## CONCLUSION

32. Based on the foregoing information, I respectfully submit that probable cause exists to believe that LUCAS ALEXANDER TEMPLE violated 26 U.S.C. § 5681(d).

5861(d).
R.A.
S.T.

Stephen Taylor
Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 20 day of November, 2025.

HON. AMANDA A. SANSONE
United States Magistrate Judge

18