AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

United States of America
v.

Lucas Alexander Temple
DOB: 10/10/2005

*Defendant*

Case No. 8:25-mj-3527 AAS

## ARREST WARRANT

NOV 24 2025 PM 4:16
FILED - USDC - FLMD - TPA

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Lucas Alexander Temple,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 842(p)(2)(A) (distribution of information pertaining to manufacture of explosives)

Date: November 19, 2025

*Issuing officer's signature*

City and state: Tampa, Florida

HON. Amanda A. Sansone, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/20/2025, and the person was arrested on *(date)* 11/20/2025
at *(city and state)* Sarasota, FL.

Date: 11/20/2025

*Arresting officer's signature*

Justin Tennyson, Special Agent, FBI
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Lucas Alexander Temple

Known aliases: 

Last known residence: 2193 Cork Oak Street East, Sarasota, FL 34232

Prior addresses to which defendant/offender may still have ties: 

Last known employment: Publix

Last known telephone numbers: 

Place of birth: 

Date of birth: 10/10/2005

Social Security number: 768444074

Height: 

Weight: 

Sex: Male

Race: 

Hair: 

Eyes: 

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: